IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERSON MARTINEZ PACHECO | : | |
| | : | |
| Petitioner, | : | 3:26-cv-1981 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| TODD BLANCHE, Acting Attorney General, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

AND NOW, THIS ___23rd___ DAY OF JULY 2026, upon consideration of Petitioner

Gerson Martinez Pacheco's counseled petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 6), and

for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Gerson Martinez

Pacheco from the custody of the Warden of the Pike County Correctional Facility,

who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 27,**

**2026, at 5:00 P.M.** confirming that Petitioner Gerson Martinez Pacheco has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Gerson Martinez Pacheco pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge

2